In the Matter of the Will of ADELAIDE L. BURROUGHS, Deceased.

MARY McGUIRE et al., Appellants; BROOKLYN TRUST COMPANY, as Executor, et al., Respondents.

(Argued May 28, 1929; decided June 11, 1929.)

*Frank W. Holmes* for Mary McGuire et al., appellants.

*Joseph A. Kennedy* for Lorraine Laux et al., appellants.

*Ralph W. Croly* for Brooklyn Trust Company, as executor, respondent.

*Frederick A. Keck* for Marie Gewert et al., respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.